# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY NGO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant | **Case No.: 2:23-cv-00364-DMC**<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Before the Court is Defendant Bank of America Corporation's ("Defendant") Unopposed Motion for Extension of Time, seeking an extension of its deadline to answer or otherwise respond to the Complaint from April 12, 2023, to April 19, 2023. Plaintiff is unopposed to the requested relief. The Court finds that the request is not made for the purposes of delay and therefore GRANTS Defendant's Motion.

Accordingly, Defendant's deadline to answer or otherwise respond is April 19, 2023.

**IT IS SO ORDERED.**

**Dated: April 12, 2023**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE