IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY NGO, | No. 2:23-CV-0364-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | |

      Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is the parties' joint motion for approval of a stipulated protective order. See ECF No. 31. Good cause appearing therefor, the joint motion will be granted, and the stipulated protective order will be approved.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The parties' joint motion for approval of a stipulated protective order, ECF No. 31, is GRANTED.

2. The stipulated protective order submitted with the joint motion at ECF No. 31-1 is APPROVED and is the order of the Court.

3. The Clerk of the Court is directed to terminate ECF No. 31 as a pending motion.

Dated:  May 28, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE