# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY NGO,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant | Case No.: 2:23-cv-00364-KJM-DMC<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY** |

    Before the Court is Plaintiff Christy Ngo and Defendant Bank of America, N.A.'s Joint Motion for Extension of Time, ECF No. 34, which is signed by all counsel. The parties seek a thirty-day extension of the deadline to complete fact discovery as set in the initial pretrial scheduling order (ECF No. 30), which is currently set for October 18, 2024. Good cause appearing therefor, the joint motion is granted and the deadline to complete fact discovery is extended to November 18, 2024.

    **IT IS SO ORDERED.**

**Dated:  October 4, 2024**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1