1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CHRISTY NGO,

          Plaintiff,

    v.

BANK OF AMERICA, N.A.,

          Defendant

**Case No.: 2:23-cv-00364-DAD-DMC**

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY**

Before the Court is Plaintiff Christy Ngo and Defendant Bank of America, N.A.'s Joint Motion for Extension of Time. The parties seek a sixty-day extension of the deadline to complete fact discovery set in the initial pretrial scheduling order (ECF No. 30), which is currently set for November 18, 2024 (ECF No. 35). The Court finds that the request is not made for the purposes of delay and therefore GRANTS the parties' Joint Motion. Accordingly, the parties' deadline to complete fact discovery is extended to January 17, 2025.

    **IT IS SO ORDERED.**

    **Dated:  November 13, 2024**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME